# United States Court of Appeals

## For the First Circuit

—————————————

Nos. 22-1152
    22-1340

IN RE: R. SUSAN WOODS,

Debtor,

——————————————————

R. SUSAN WOODS,

Appellant,

v.

JOSEPH B. COLLINS, Chapter 7 Trustee; GOLDMAN SACHS MORTGAGE COMPANY;
WELLS FARGO BANK, NATIONAL ASSOCIATION, as Trustee for Securitized Asset
Backed Receivables LLC Trust 2005-FR2 Mortgage Pass - Through Certificates, Series 2005-
FR2,

Appellees.

—————————————

Before

Lynch, Howard and Gelpí,
Circuit Judges.

—————————————

**JUDGMENT**

Entered: October 12, 2022

These two appeals concern a ruling by the Bankruptcy Court of the District of
Massachusetts and come to this court after review by the District Court for the District of
Massachusetts. Appellant R. Susan Woods has moved to consolidate the appeals. As an initial
matter, that motion is **GRANTED**, and the appeals are consolidated. There are several other
motions and requests for relief pending in each appeal, as addressed below.

Having considered these appeals and the filings to date, we conclude that we lack appellate
jurisdiction over either appeal. See 28 U.S.C. § 158(d) (granting this court limited jurisdiction to
review certain bankruptcy court rulings); Industria Lechera De Puerto Rico, Inc. v. Beiro, 989 F.3d
116, 120 (1st Cir. 2021) ("Federal courts 'have an independent obligation to determine whether

subject-matter jurisdiction exists, even when no party challenges it.'") (quoting <u>Hertz Corp.</u> v. <u>Friend</u>, 559 U.S. 77, 94 (2010)).

All remaining pending motions, to the extent not mooted by this judgment, are **DENIED**. Both appeals are hereby **DISMISSED**. <u>See</u> Local Rule 27.0(c).[1]

By the Court:

Maria R. Hamilton, Clerk

cc:
Richard King
R. Susan Woods
Joseph B. Collins
Andrea M. O'Connor
Marcus Pratt
Jeffrey C. Ankrom

---

[1] Appellant has filed a motion seeking the recusal of certain judges of this court; however, the panel of judges to whom the matter was randomly assigned does not include any of the judges specified in the recusal motion.